| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor:<br>U.S. Bank National Association, as Trustee for MASTR ADJUSTABLE RATE MORTGAGE S TRUST 2007-3 MORTGAGE PASS- THRO UGH CERTIFICATES, SERIES 2007-3 | Order Filed on September 23, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Joel Dos Santos Palhais<br>Milene S Palhais<br>Debtors | Case No.: 25-17731 CMG<br><br>Hearing Date: 9/24/2025 @10:00 a.m.<br><br>Judge: Christine M. Gravelle |

# ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: September 23, 2025**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Page 2
Debtors: Joel Dos Santos Palhais & Milene S Palhais
Case No.: 25-17731 CMG
Caption: **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank National Association, as Trustee for MASTR ADJUSTABLE RATE MORTGAGE S TRUST 2007-3 MORTGAGE PASS- THRO UGH CERTIFICATES, SERIES 2007-3, holder of a mortgage on real property located at 6 Woodsend Drive, Old Bridge, NJ, 07747, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Steven J. Sico, Esquire, attorney for Debtors, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtors shall pay the arrearage claim of Secured Creditor in full through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors are to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors reserve their right to object to Secured Creditor's proof of claim and notice of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.