**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

---

**STEVEN J. SICO, Esq.**
**235 MAIN STREET**
**WOODBRIDGE, NJ 07095**
**OFFICE #732-636-2660 FAX #732-791-1438**
**SJS@STEVENSICO.COM**
**Attorney for Debtor(s)**
**BAR ID # 019301997**

---

**In the Matter of:**

**Case No: 25-17731-CMG**

**Chapter 13**

**Certification of Debtors**

**MILENE S. PALHAIS &**
**JOEL R. SANTOS PALHAIS**

    **Debtor(s)**

---

**Milene S. Palhais and Joel R. Santos Palhais, both being of full age and sound mind, hereby certifies as follow:**

1. We are the debtors in the above captioned matter and are husband and wife.

2. We are submitting this certification in opposition to the pending motion to lift the Automatic Stay, wherein it is alleged that we have not made post-petition mortgage payments for the property we own at 524-526 Mechanic Street, Perth Amboy, NJ 08861.

3. Based on the motion filed, it suggests we did not pay for August, September and October 2025. That is not true we mailed the checks in and only one was cashed.

4. Attached hereto is Exhibit A which is the cover letter for the August Payment.

5. Attached hereto is Exhibit B which is the cover letter and cashed check for the September payment.

1

6. Attached hereto is Exhibit C which is the cover letter for the October payment.

7. Attached hereto is Exhibit D which is the cover letter for the November payment.

8. The August, October and November checks were mailed and both have not cleared our account. We do not know why but they were mailed.

WE HEREIN CERTIFY THAT THE FOREGOING STATEMENTS MADE BY ME ARE TRUE AND IF ANY ARE WILLFALLY FALSE I AM SUBJECT TO PUNISHMENT

Dated: 11/19/2025

MILENE S. PALHAIS

Dated: 11/19/2025

JOEL R. SANTOS PALHAIS

# EXHIBIT A

Joel Palhais
6 woodsend drive
Matawan, NJ 07747
732.585.9732
Melsantos1029@gmail.com
August 2, 2025

Shellpoint Mortgage
Attn: Bankruptcy/Payment Processing Department
PO Box 60535
City of Industry, CA 91716-0535

Re: Bankruptcy Chapter 13 – Reinstatement Payment
Account Number: 0539116316

Dear Shellpoint Mortgage,

I am submitting the enclosed check in the amount of $2959.08 as part of my Chapter 13 bankruptcy monthly plan reinstatement for the above-referenced account. This payment is being made to bring my plan current and in compliance with the terms agreed upon in my bankruptcy case.

Please apply this payment promptly to my account in accordance with my Chapter 13 plan. If additional information or documentation is required to confirm the reinstatement, please contact me at 732.585.9732 or melsantos1029@gmail.com.

Thank you for your prompt attention to this matter.

Sincerely,
Joel Palhais


Joel Palhais

Enclosure: Check #1084 – $2959.08

# EXHIBIT B

Joel Palhais
6 woodsend drive
Matawan, NJ 07747
732.585.9732
melsantos1029@gmail.com
September 2, 2025

Shellpoint Mortgage
Attn: Bankruptcy/Payment Processing Department
PO Box 60535
City of Industry, CA 91716-0535

Re: Bankruptcy Chapter 13 – Reinstatement Payment
Account Number: 0539116318

Dear Shellpoint Mortgage,

I am submitting the enclosed check in the amount of $2959.08 as part of my Chapter 13 bankruptcy monthly plan reinstatement for the above-referenced account. This payment is being made to bring my plan current and in compliance with the terms agreed upon in my bankruptcy case.

Please apply this payment promptly to my account in accordance with my Chapter 13 plan. If additional information or documentation is required to confirm the reinstatement, please contact me at 732.585.9732 or melsantos1029@gmail.com.

Thank you for your prompt attention to this matter.

Sincerely,
Joel Palhais


Joel Palhais

Enclosure: Check #1072 – $2959.08



# EXHIBIT C

Case 25-17731-CMG    Doc 26    Filed 11/19/25    Entered 11/19/25 21:32:41    Desc Main
Document    Page 8 of 11

Joel Palhais
6 woodsend drive
Matawan, NJ 07747
732.585.9732
Melsantos1029@gmail.com
October 2, 2025

Shellpoint Mortgage
Attn: Bankruptcy/Payment Processing Department
PO Box 60535
City of Industry, CA 91716-0535

Re: Bankruptcy Chapter 13 – Reinstatement Payment
Account Number: 0539116318

Dear Shellpoint Mortgage,

I am submitting the enclosed check in the amount of $2959.08 as part of my Chapter 13 bankruptcy monthly plan reinstatement for the above-referenced account. This payment is being made to bring my plan current and in compliance with the terms agreed upon in my bankruptcy case.

Please apply this payment promptly to my account in accordance with my Chapter 13 plan. If additional information or documentation is required to confirm the reinstatement, please contact me at 732.585.9732 or melsantos1029@gmail.com.

Thank you for your prompt attention to this matter.

Sincerely,
Joel Palhais


Joel Palhais

Enclosure: Check #1087 $2959.08

# EXHIBIT D

Joel Palhais
6 woodsend drive
Matawan, NJ 07747
732.585.9732
Melsantos1029@gmail.com
November 2, 2025

Shellpoint Mortgage
Attn: Bankruptcy/Payment Processing Department
PO Box 60535
City of Industry, CA 91716-0535

Re: Bankruptcy Chapter 13 – Reinstatement Payment
Account Number: 0539116318

Dear Shellpoint Mortgage,

I am submitting the enclosed check in the amount of $2959.08 as part of my Chapter 13 bankruptcy monthly plan reinstatement for the above-referenced account. This payment is being made to bring my plan current and in compliance with the terms agreed upon in my bankruptcy case.

Please apply this payment promptly to my account in accordance with my Chapter 13 plan. If additional information or documentation is required to confirm the reinstatement, please contact me at 732.585.9732 or melsantos1029@gmail.com.

Thank you for your prompt attention to this matter.

Sincerely,
Joel Palhais


Joel Palhais

Enclosure: Check #1094 – $2959.08

---

JOEL R. DOSSANTOS-PALHAIS
MILENE S. PALHAIS
6 WOODSEND DR.
MATAWAN, NJ 07747-3527

3-7615/360                                    1094

DATE 11/2/2025

PAY TO THE ORDER OF: Shellpoint Mortgage    $2959.08

Two thousand nine hundred fifty nine 08/100s

Citizens                                   CITIZENS QUEST

MEMO: Loan # 0539116318

⑈036076150⑈ 1060009730⑈ 1094