UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

STEVEN J. SICO, Esq.
235 MAIN STREET
WOODBRIDGE, NJ 07095
OFFICE #732-636-2660 FAX #732-791-1438
SJS@STEVENSICO.COM
Attorney for Debtor(s)
BAR ID # 019301997

In the Matter of:

Case No: 25-17731-CMG

Chapter 13

Certification of Debtors

MILENE S. PALHAIS &
JOEL R. SANTOS PALHAIS

Debtor(s)

Milene S. Palhais and Joel R. Santos Palhais, both being of full age and sound mind, hereby certifies as follow:

1. We are the debtors in the above captioned matter and are husband and wife.

2. We are submitting this certification in opposition to the pending motion TO lift the Automatic Stay, wherein it is alleged that we have not made post-petition mortgage payments for the property we own which sits at 6 Woodsend Drive, Matawan (for mailing address Old Bridge), New Jersey 07747.

3. Based on the motion filed, it suggests we did not pay for August, September, October, November and December 2025. That is not true we mailed the checks in and only two were cashed.

4. What apparently is true we mailed the checks for $3480.45 which is the principal and interest and what we owe is the taxes and insurance thereby making the payment $4599.04. As a result, we were short through the month of December 2025 by $5592.95 and we are mailing a check for that amount today. See Exhibit "A."

1

5. Attached hereto is Exhibit B which is the cover letter and cashed check #1085 for the August Payment.

6. Attached hereto is Exhibit C which is the cover letter and cashed check #1071 for the September payment.

7. Attached hereto is Exhibit D which is the cover letter for the October payment for check # 1086 which has not been cashed.

8. Attached hereto is Exhibit E which is the cover letter for the November payment and uncashed check #1095.

9. Attached hereto is Exhibit F which is the cover letter for the November payment and uncashed check #1103.

**WE HEREIN CERTIFY THAT THE FOREGOING STATEMENTS MADE BY ME ARE TRUE AND IF ANY ARE WILLFALLY FALSE I AM SUBJECT TO PUNISHMENT**

Dated: 12/10/2025                                           /s/ Milene S. Palhais
                                                            _____
                                                            **MILENE S. PALHAIS**

                                                            /s/ Joel S. Palhais
Dated: 12/10/2025                                           _____
                                                            **JOEL R. SANTOS PALHAIS**

# EXHIBIT A



# EXHIBIT B

Joel Palhais
6 woodsend drive
Matawan, NJ 07747
732.585.9732
Melsantos1029@gmail.com
August 2, 2025

Mr. Cooper
Attn: Bankruptcy/Payment Processing Department
PO Box 60516
City of Industry, CA 91716-0516

Re: Bankruptcy Chapter 13 – Reinstatement Payment
Account Number: 061185240

Dear Mr. Cooper,

I am submitting the enclosed check in the amount of $3480.45 as part of my Chapter 13 bankruptcy monthly plan reinstatement for the above-referenced account. This payment is being made to bring my plan current and in compliance with the terms agreed upon in my bankruptcy case.

Please apply this payment promptly to my account in accordance with my Chapter 13 plan. If additional information or documentation is required to confirm the reinstatement, please contact me at 732.585.9732 or melsantos1029@gmail.com.

Thank you for your prompt attention to this matter.

Sincerely,
Joel Palhais



Joel Palhais

Enclosure: Check #1085– $3480.45

**JOEL R. DOSSANTOS-PALHAIS**
**MILENE S. PALHAIS**
6 WOODSEND DR.
MATAWAN, NJ 07747-3527

3-7618/360        1085

DATE 8/2/2025

PAY TO THE ORDER OF  Mr. Cooper    $ 3480.45

three thousand four hundred eighty 45/100 DOLLARS

**Citizens**                                CITIZENS QUEST

MEMO Loan #0611185240

⑈036078150⑈ 1060009730⑈ 1085

LOOK FOR FRAUD-DETERRING FEATURES INCLUDING THE SECURITY SQUARE AND HEAT-REACTIVE INK DETAILS ON BACK

LAX-NATIONSTAR 08/22/25 ABS. OF
0611185240        ENDORSE
939185-20-10-001- 000026-004 GUAR
939 939185 4   1    JP MORGAN

# EXHIBIT C

Case 25-17731-CMG    Doc 29    Filed 12/10/25    Entered 12/10/25 16:51:43    Desc Main
Document    Page 8 of 16

Joel Palhais
6 woodsend drive
Matawan, NJ 07747
732.585.9732
Melsantos1029@gmail.com
September 2, 2025

Mr. Cooper
Attn: Bankruptcy/Payment Processing Department
PO Box 60516
City of Industry, CA 91716-0516

Re: Bankruptcy Chapter 13 – Reinstatement Payment
Account Number: 061185240

Dear Mr. Cooper,

I am submitting the enclosed check in the amount of $3480.45 as part of my Chapter 13 bankruptcy monthly plan reinstatement for the above-referenced account. This payment is being made to bring my plan current and in compliance with the terms agreed upon in my bankruptcy case.

Please apply this payment promptly to my account in accordance with my Chapter 13 plan. If additional information or documentation is required to confirm the reinstatement, please contact me at 732.585.9732 or melsantos1029@gmail.com.

Thank you for your prompt attention to this matter.

Sincerely,
Joel Palhais


Joel Palhais

Enclosure: Check #1071– $3480.45

**JOEL R. DOSSANTOS-PALHAIS**
**MILENE S. PALHAIS**
6 WOODSEND DR.
MATAWAN, NJ 07747-3527

3-7615/360                                              1071

DATE 9/2/2025

PAY TO THE ORDER OF __Mr. Cooper__ | $ 3460.45

__Three thousand four hundred eighty 45/100__ DOLLARS

**Citizens**                                            CITIZENS QUEST

MEMO __Loan # 0611185240__                      [signature]

⑆036076150⑆ 1060009730⑈ 1071

---

LAX-NATIONSTAR 11/10/25 ABS.OF
0611185240         ENDORSE
723881-20-10-002- 000263-007 GU&R
723 7238817  2     JP MORGAN

# EXHIBIT D

Joel Palhais
6 woodsend drive
Matawan, NJ 07747
732.585.9732
Melsantos1029@gmail.com
October 2, 2025

Mr. Cooper
Attn: Bankruptcy/Payment Processing Department
PO Box 60516
City of Industry, CA 91716-0516

Re: Bankruptcy Chapter 13 – Reinstatement Payment
Account Number: 061185240

Dear Mr. Cooper,

I am submitting the enclosed check in the amount of $3480.45 as part of my Chapter 13 bankruptcy monthly plan reinstatement for the above-referenced account. This payment is being made to bring my plan current and in compliance with the terms agreed upon in my bankruptcy case.

Please apply this payment promptly to my account in accordance with my Chapter 13 plan. If additional information or documentation is required to confirm the reinstatement, please contact me at 732.585.9732 or melsantos1029@gmail.com.

Thank you for your prompt attention to this matter.

Sincerely,
Joel Palhais


Joel Palhais

Enclosure: Check #1086– $3480.45

# EXHIBIT E

Joel Palhais
6 woodsend drive
Matawan, NJ 07747
732.585.9732
Melsantos1029@gmail.com
November 2, 2025

Mr. Cooper
Attn: Bankruptcy/Payment Processing Department
PO Box 60516
City of Industry, CA 91716-0516

Re: Bankruptcy Chapter 13 – Reinstatement Payment
Account Number: 061185240

Dear Mr. Cooper,

I am submitting the enclosed check in the amount of $3480.45 as part of my Chapter 13 bankruptcy monthly plan reinstatement for the above-referenced account. This payment is being made to bring my plan current and in compliance with the terms agreed upon in my bankruptcy case.

Please apply this payment promptly to my account in accordance with my Chapter 13 plan. If additional information or documentation is required to confirm the reinstatement, please contact me at 732.585.9732 or melsantos1029@gmail.com.

Thank you for your prompt attention to this matter.

Sincerely,
Joel Palhais


Joel Palhais

Enclosure: Check #1095– $3480.45

---

JOEL R. DOSSANTOS-PALHAIS
MILENE S. PALHAIS
6 WOODSEND DR.
MATAWAN, NJ 07747-3527

3-7615/360

1095

DATE 11/2/2025

PAY TO THE ORDER OF Mr. Cooper    $ 3480.45

Three thousand four hundred eighty 45/100 DOLLARS

Citizens

CITIZENS QUEST

MEMO loan # 061185240

⑆036076150⑆ 1060009730⑈ 1095

# EXHIBIT F

Joel Palhais
6 woodsend drive
Matawan, NJ 07747
732.585.9732
Melsantos1029@gmail.com
December 2, 2025

Mr. Cooper
Attn: Bankruptcy/Payment Processing Department
PO Box 60516
City of Industry, CA 91716-0516

Re: Bankruptcy Chapter 13 – Reinstatement Payment
Account Number: 061185240

Dear Mr. Cooper,

I am submitting the enclosed check in the amount of $3480.45 as part of my Chapter 13 bankruptcy monthly plan reinstatement for the above-referenced account. This payment is being made to bring my plan current and in compliance with the terms agreed upon in my bankruptcy case.

Please apply this payment promptly to my account in accordance with my Chapter 13 plan. If additional information or documentation is required to confirm the reinstatement, please contact me at 732.585.9732 or melsantos1029@gmail.com.

Thank you for your prompt attention to this matter.

Sincerely,
Joel Palhais


Joel Palhais

Enclosure: Check #1103 – $3480.45

---

JOEL R. DOSSANTOS-PALHAIS
MILENE S. PALHAIS
6 WOODSEND DR.
MATAWAN, NJ 07747-3527

3-7615/360                           1103

DATE 12/2/2025

PAY TO THE ORDER OF  Mr. Cooper          $ 3480.45

three thousand four hundred eighty 45/100  DOLLARS

Citizens                             CITIZENS QUEST

MEMO  Loan # 061185240                Signature

⑈036076150⑈ 1060009730⑈ 1103