L.B.F 3015-6A

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY - TRENTON DIVISION

| | |
|---|---|
| In re:<br>  MILENE PALHAIS<br>  JOEL R DOS SANTOS PALHAIS<br><br>Debtor(s), | Bankruptcy No: 25-17731<br><br>Chapter 13<br><br>Gravelle |

## PRE-CONFIRMATION CERTIFICATION
## OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
## WITH 11 U.S.C. 1325(a)(8) AND 1325(a)(9)

I hereby certify upon my oath according to law, as follows in connection with the confirmation hearing in the above case:

1. The below information is being supplied for compliance with the Confirmation Hearing date set for January 28, 2026.

2. The above-named Debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above-named Debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. 1308.

4. If the confirmation hearing of January 28, 2026 is postponed for any reason, and the information herein changes, Debtor(s) will provide an updated Certification to the chapter 13 Trustee prior to any subsequent confirmation hearing.

Debtor(s) hereby certify under penalty of perjury that the foregoing is true and correct.

DATED: January 27, 2026

/s/Steve Sico
  **Attorney for Debtor(s)**

/s/Milene Palhais
  **Debtor**

/s/Joel R Dos Santos Palhais

**Joint Debtor** *(If filing jointly with spouse.)*

LAW OFFICES OF STEVEN J. SICO

235 Main Street
WOODBRIDGE,  NJ 07095
*Attorney for Debtor(s)*