**Fill in this information to identify your case:**

Debtor 1: **Milene S Palhais**
First Name    Middle Name    Last Name

Debtor 2: **Joel R Dos Santos Palhais**
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known): _____

☒ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Milene S Palhais**
**Milene S Palhais**
Signature of Debtor 1

Date **December 16, 2025**

X **/s/ Joel R Dos Santos Palhais**
**Joel R Dos Santos Palhais**
Signature of Debtor 2

Date **December 16, 2025**

Official Form 106Dec        Declaration About an Individual Debtor's Schedules