Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−17731−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Milene S Palhais
6 Woodsend Drive
Matawan, NJ 07747

Joel R Dos Santos Palhais
6 Woodsend Drive
Matawan, NJ 07747

Social Security No.:
xxx−xx−0329

xxx−xx−4786

Employer's Tax I.D. No.:

### NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 26, 2026.

Dated: February 26, 2026
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-17731-CMG |
| Milene S Palhais | Chapter 13 |
| Joel R Dos Santos Palhais | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 26, 2026 | Form ID: plncf13 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Milene S Palhais, Joel R Dos Santos Palhais, 6 Woodsend Drive, Matawan, NJ 07747-3527 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 340514, Tampa, FL 33694-0514 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MAS, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 520828683 | + | Carla Y. Tejada Torres, c/o GINARTE, GONZALEZ, & WINOGRAD, L.L.P., Thomas MacInnis, Esq., 400 MARKET STREET NEWARK, NEW JERSEY 07105-2274 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 26 2026 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 26 2026 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520798471 | | Email/PDF: bncnotices@becket-lee.com | Feb 26 2026 21:00:43 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520754518 | + | Email/PDF: bncnotices@becket-lee.com | Feb 26 2026 21:11:35 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 520754519 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2026 21:00:57 | Cap1/kohls Dept Store, Po Box 3115, Milwaukee, WI 53201-3115 |
| 520754520 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2026 21:00:47 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520754521 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 26 2026 21:04:00 | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 520754522 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 26 2026 21:04:00 | Comenitybank/venus, Po Box 182789, Columbus, OH 43218-2789 |
| 520754523 | + | Email/Text: EBNBKNOT@ford.com | Feb 26 2026 21:05:00 | Ford Motor Credit Comp, Pob 542000, Omaha, NE 68154-8000 |
| 520754524 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 26 2026 21:04:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 520754525 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 26 2026 21:04:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520799589 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 26 2026 21:04:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520777070 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 26 2026 21:03:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520754526 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |

District/off: 0312-3                          User: admin                                      Page 2 of 3

Date Rcvd: Feb 26, 2026                       Form ID: plncf13                                 Total Noticed: 36

| Recip ID | | Notice type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 26 2026 21:00:31 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 520754527 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Feb 26 2026 21:11:40 | Macys/cbna, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 520769091 | + | Email/Text: ecfbnc@aldridgepite.com | | |
| | | | Feb 26 2026 21:03:00 | Nationstar Mortgage, LLC, Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520754528 | + | Email/PDF: Bankruptcy_Prod@mohela.com | | |
| | | | Feb 26 2026 21:11:37 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 520760297 | | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | Feb 26 2026 21:03:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826,, Greenville, South Carolina 29603-0826 |
| 520754529 | + | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | Feb 26 2026 21:03:00 | Nr/sms/cal, 601 Office Center Dr, Fort Washington, PA 19034-3275 |
| 520754530 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Feb 26 2026 21:03:00 | Nstar/cooper, 350 Highland, Houston, TX 77009-6623 |
| 520754531 | + | Email/Text: bankruptcynotices@pollackrosen.com | | |
| | | | Feb 26 2026 21:02:00 | Pollack & Rosen PA, Lisa Schulman DeSantis, Esq, 806 Douglas Road, Suite 200, Miami, FL 33134-2082 |
| 520759249 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Feb 26 2026 21:04:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 520754532 | + | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | Feb 26 2026 21:03:00 | Shellpoint, PO Box 619063, Dallas, TX 75261-9063 |
| 520754533 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Feb 26 2026 21:00:45 | Syncb/pc Richard, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520754534 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Feb 26 2026 21:00:29 | Syncb/ppc, Po Box 71727, Philadelphia, PA 19176-1727 |
| 520754535 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Feb 26 2026 21:11:28 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520813199 | | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | Feb 26 2026 21:03:00 | The Bank of New York Mellon, c/o NewRez LLC d/b/a Shellpoint Mortgage, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 520831410 | | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | Feb 26 2026 21:03:00 | The Bank of New York Mellon Trustee (See 410), c/o NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 520754536 | + | Email/Text: bnc-thebureaus@quantum3group.com | | |
| | | | Feb 26 2026 21:03:00 | The Bureaus Inc, 711 N Edgewood Ave. Suite 200, Wood Dale, IL 60191-1254 |
| 520824980 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Feb 26 2026 21:03:00 | U.S. Bank National Association, C/O Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 520754537 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Feb 26 2026 21:02:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 520754538 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | | |
| | | | Feb 26 2026 21:11:27 | Wfbna Card, Po Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520798484 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0312-3                                 User: admin                                          Page 3 of 3
Date Rcvd: Feb 26, 2026                          Form ID: plncf13                                Total Noticed: 36

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2026                              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association  as Trustee for MASTR ADJUSTABLE RATE MORTGAGE S TRUST 2007-3 MORTGAGE PASS- THRO UGH CERTIFICATES, SERIES 2007-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bk@stewartlegalgroup.com |
| Joshua I. Goldman | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Indenture trustee for CWHEQ Revolving Home Equity Loan Trust  Series 2007-B josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com |
| Steven Eisenberg | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-3 bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven J Sico | on behalf of Joint Debtor Joel R Dos Santos Palhais Steve@sico.law stevensico@gmail.com;ecf@casedriver.com;signilmel@gmail.com;3295273420@filings.docketbird.com;sico.stevenr98032@notify.bestcase.com |
| Steven J Sico | on behalf of Debtor Milene S Palhais Steve@sico.law stevensico@gmail.com;ecf@casedriver.com;signilmel@gmail.com;3295273420@filings.docketbird.com;sico.stevenr98032@notify.bestcase.com |
| Steven P. Kelly | on behalf of Creditor U.S. Bank National Association  as Trustee for MASTR ADJUSTABLE RATE MORTGAGE S TRUST 2007-3 MORTGAGE PASS- THRO UGH CERTIFICATES, SERIES 2007-3 skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9