UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for NewRez LLC d/b/a Shellpoint*
*Mortgage Servicing as servicer for The Bank of*
*New York Mellon FKA the Bank of New York, as*
*Trustee for the Certificateholders, CWALT, Inc.,*
*Alternative Loan Trust 2007-OA9, Mortgage*
*Pass-Through Certificates, Series 2007-OA9*

In re:
Milene S. Palhais
Joel R. Dos Santos Palhais

                                    Debtors.

Chapter 13

Case No. 25-17731-CMG

Judge Christine M. Gravelle

## CERTIFICATION CONCERNING PROPOSED ORDER

I, **Gavin N. Stewart**, certify that with respect to the proposed order submitted to the Court,

the following is true and correct to the best of my knowledge.

For the matter titled, **Motion for Relief from the Automatic Stay (Doc. No. 23)**, filed on

October 27, 2025:

### Orders to be Submitted

1.)      ☐ A hearing was held and the matter was marked "Order to be submitted." All
parties to the matter have reviewed the proposed order and agree that the proposed order comports
with the Court's ruling and may be entered without being held for 7 days under D.N.J. LBR 9013-
4(d).

OR

2.)      ☐ A pending matter has been resolved. All parties to the matter have reviewed the
proposed order and agree it may be entered without being held for 7 days under D.N.J. LBR 9013-
4(d).

**Consent Orders**

3.)      **X**  A proposed consent order relating to a pending matter has been submitted contemporaneously with the filing of this certification. All parties to the matter have reviewed the proposed consent order and agree it may be entered under D.N.J. LBR 9019-4(a).

OR

4.)      ☐ An application and proposed consent order not relating to a pending matter has been filed under D.N.J. LBR 9019-4(b). All parties to the matter have reviewed the proposed consent order and agree it may be entered without being held for 7 days under D.N.J. LBR 9019-4(b).

5.)      ☐ If submitting the consent order and this certification to the Court conventionally, I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011.

OR

6.) **X** If submitting or filing the consent order and this certification to the Court electronically, I will simultaneously electronically file this certification, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011.

A copy of the proposed order has been provided to:

| NAME | RELATIONSHIP TO CASE |
|---|---|
| Albert Russo | **X** Trustee |
|  | ☐ U.S. Trustee |
| Steven J Sico | **X** Debtor's Attorney |

I certify under penalty of perjury that the foregoing is true.

Date: <u>March 11, 2026</u>                                      */s/Gavin N. Stewart*
                                                                             Signature