Order Filed on March 11, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with
D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for NewRez LLC d/b/a Shellpoint
Mortgage Servicing as servicer for The Bank of
New York Mellon FKA the Bank of New York, as
Trustee for the Certificateholders, CWALT, Inc.,
Alternative Loan Trust 2007-OA9, Mortgage
Pass-Through Certificates, Series 2007-OA9*

In re:
Milene S. Palhais
Joel R. Dos Santos Palhais

Debtors.

Chapter 13

Case No. 25-17731-CMG

Judge Christine M. Gravelle

## CONSENT ORDER RESOLVING MOTION
## FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: March 11, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Debtors:              Milene S. Palhais & Joel R. Dos Santos Palhais
Case No.:             25-17731-CMG
Caption of Order:     **CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion for Relief from the Automatic Stay ("Motion") filed by NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon FKA the Bank of New York, as Trustee for the Certificateholders, CWALT, Inc., Alternative Loan Trust 2007-OA9, Mortgage Pass-Through Certificates, Series 2007-OA9 ("Creditor"), whereas the post-petition arrearage amount was $8,811.47 as of February 24, 2025, and whereas Debtors and Creditor seek to resolve the Motion, it is hereby **ORDERED**:

1.      The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **524-526 Mechanic St., Perth Amboy, NJ 08861** ("Property") provided that the Debtors comply with the following:

   a.   On or before **March 1, 2026** and continuing thereafter on the 1st day of each subsequent month for a period of **six (6) months**, the Debtor shall cure the post-petition arrearage remaining after payment of the lump sum amount above namely, $8,811.47, by making **five (5) monthly payments** in the amount of **$1,470.00** each and **one (1) monthly payment** in the amount of **$1,461.47** directly to Creditor; and

   b.   The Debtors shall resume making the regular monthly payments to Creditor as they become due beginning with the **March 1, 2026** payment.

2.      All direct payments due hereunder shall be sent directly to Creditor at the following address: **Shellpoint Mortgage Servicing, P.O. Box 650840, Dallas TX 75265-0840**.

3.      The Debtors will be in default under the Consent Order if the Debtors fail to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4.      If the Debtors fail to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtors and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

5.      Creditor is awarded reimbursement of attorney fees and costs in the amount of $350.00 and $199.00 respectively, to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED:**


*/s/ Steven J. Sico*                                       */s/Gavin N. Stewart*
Steven J. Sico, Esq.                                   Gavin N. Stewart, Esq.
235 Main Street                                         Stewart Legal Group, P.L.
Woodbridge, NJ 07095                         401 East Jackson Street, Suite 2340
*Counsel to Debtor*                                 Tampa, FL 33602
                                                                    *Counsel to Creditor*