UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for NewRez LLC d/b/a Shellpoint*
*Mortgage Servicing as servicer for The Bank of*
*New York Mellon FKA the Bank of New York, as*
*Trustee for the Certificateholders, CWALT, Inc.,*
*Alternative Loan Trust 2007-OA9, Mortgage*
*Pass-Through Certificates, Series 2007-OA9*

Order Filed on March 11, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:
Milene S. Palhais
Joel R. Dos Santos Palhais

                                    Debtors.

Chapter 13

Case No. 25-17731-CMG

Judge Christine M. Gravelle

**CONSENT ORDER RESOLVING MOTION**
**FOR RELIEF FROM THE AUTOMATIC STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: March 11, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Debtors:        Milene S. Palhais & Joel R. Dos Santos Palhais
Case No.:       25-17731-CMG
Caption of Order:   **CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion for Relief from the Automatic Stay ("Motion") filed by NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon FKA the Bank of New York, as Trustee for the Certificateholders, CWALT, Inc., Alternative Loan Trust 2007-OA9, Mortgage Pass-Through Certificates, Series 2007-OA9 ("Creditor"), whereas the post-petition arrearage amount was $8,811.47 as of February 24, 2025, and whereas Debtors and Creditor seek to resolve the Motion, it is hereby **ORDERED**:

1.      The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **524-526 Mechanic St., Perth Amboy, NJ 08861** ("Property") provided that the Debtors comply with the following:

   a. On or before **March 1, 2026** and continuing thereafter on the 1st day of each subsequent month for a period of **six (6) months**, the Debtor shall cure the post-petition arrearage remaining after payment of the lump sum amount above namely, $8,811.47, by making **five (5) monthly payments** in the amount of **$1,470.00** each and **one (1) monthly payment** in the amount of **$1,461.47** directly to Creditor; and

   b. The Debtors shall resume making the regular monthly payments to Creditor as they become due beginning with the **March 1, 2026** payment.

2.      All direct payments due hereunder shall be sent directly to Creditor at the following address: **Shellpoint Mortgage Servicing, P.O. Box 650840, Dallas TX 75265-0840**.

3.      The Debtors will be in default under the Consent Order if the Debtors fail to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4.      If the Debtors fail to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtors and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

5.      Creditor is awarded reimbursement of attorney fees and costs in the amount of $350.00 and $199.00 respectively, to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED:**


*/s/ Steven J. Sico*                                   */s/Gavin N. Stewart*
Steven J. Sico, Esq.                               Gavin N. Stewart, Esq.
235 Main Street                                       Stewart Legal Group, P.L.
Woodbridge, NJ 07095                      401 East Jackson Street, Suite 2340
*Counsel to Debtor*                            Tampa, FL 33602
                                                                *Counsel to Creditor*

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 25-17731-CMG

Milene S Palhais                                                          Chapter 13

Joel R Dos Santos Palhais

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 11, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2026:**

**Recip ID**      **Recipient Name and Address**
db/jdb       + Milene S Palhais, Joel R Dos Santos Palhais, 6 Woodsend Drive, Matawan, NJ 07747-3527

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2026             Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Albert Russo
    docs@russotrustee.com

Denise E. Carlon
    on behalf of Creditor U.S. Bank National Association  as Trustee for MASTR ADJUSTABLE RATE MORTGAGE S TRUST 2007-3 MORTGAGE PASS- THRO UGH CERTIFICATES, SERIES 2007-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bk@stewartlegalgroup.com

Joshua I. Goldman
    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Indenture trustee for CWHEQ Revolving Home Equity Loan Trust  Series 2007-B josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com

Steven Eisenberg

District/off: 0312-3                           User: admin                                    Page 2 of 2

Date Rcvd: Mar 11, 2026                        Form ID: pdf903                                Total Noticed: 1

<table>
<tr><td></td><td>on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-3 bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com</td></tr>
<tr><td>Steven J Sico</td><td>on behalf of Joint Debtor Joel R Dos Santos Palhais Steve@sico.law stevensico@gmail.com;ecf@casedriver.com;signilmel@gmail.com;3295273420@filings.docketbird.com;sico.stevenr98032@notify.bestcase.com</td></tr>
<tr><td>Steven J Sico</td><td>on behalf of Debtor Milene S Palhais Steve@sico.law stevensico@gmail.com;ecf@casedriver.com;signilmel@gmail.com;3295273420@filings.docketbird.com;sico.stevenr98032@notify.bestcase.com</td></tr>
<tr><td>Steven P. Kelly</td><td>on behalf of Creditor U.S. Bank National Association  as Trustee for MASTR ADJUSTABLE RATE MORTGAGE S TRUST 2007-3 MORTGAGE PASS- THRO UGH CERTIFICATES, SERIES 2007-3 skelly@sterneisenberg.com, bkecf@sterneisenberg.com</td></tr>
<tr><td>U.S. Trustee</td><td>USTPRegion03.NE.ECF@usdoj.gov</td></tr>
</table>

TOTAL: 9