UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STERN & EISENBERG, PC
1120 Rt. 73, Suite 400
Mt. Laurel, New Jersey 08054
Telephone: (609) 397-9200
Facsimile: (856) 667-1456
Attorneys for: U.S. BANK NATIONAL
ASSOCIATION, AS TRUSTEE FOR MASTR
ADJUSTABLE RATE MORTGAGES TRUST
2007-3 MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2007-3

**Order Filed on April 10, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Milene S Palhais
Joel R Dos Santos Palhais
        Debtor

Case Number: 25-17731-CMG

Judge: Christine M Gravelle

Hearing Date(s): January 28, 2026

Chapter: 13

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

### ORDER RESOLVING MOTION TO VACATE STAY
### AND/OR MOTION TO DISMISS
### WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through five (5) is **ORDERED**.

**DATED: April 10, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-3 |
| Applicant's Counsel: | Steven Kelly |
| Debtor's Counsel: | Steven J Sico |
| Property Involved ("Collateral"): | 6 Woodsend Drive, Old Bridge, NJ 07747 |

Relief sought:

☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   ☒ The Debtor is overdue for **3** months, from **01/01/2026** to **03/01/2026**.

   ☒ The Debtor is overdue for **1** payment at **$4.556.58** per month and is overdue for **2** payments at **$4,535.92** per month.

   ☐ The Debtor is assessed for ___ late charges at $_____ per month.

   ☒ Applicant acknowledges Debtor's Suspense Account in the amount of **$106.84**.

   Total Arrearages Due **$13,521.58**

2. Debtor must cure all post-petition arrearages, as follows:

2

☐ Immediate payment shall be made in the amount of $_____ received. Payment shall be made no later than _____.

☒ Beginning on **04/01/2026**, regular monthly mortgage payments shall continue to be made in the amount of **$4,535.92** or as adjusted by any timely filed Notice of Mortgage Payment Change in accordance with Fed. R. Bankr. P. 3002.1(b).

☒ Beginning on **04/01/2026** additional monthly cure payments shall be made in the amount of **$2,253.60** for **5** months and in the amount of **$2,253.58** for **1** month.

☐ The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan. The debtor's monthly payment to the Chapter 13 Trustee is modified to be $_____ per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

☐ Immediate payment: _____
_____
_____

☒ Regular monthly payment:      **Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC**
**Attn: Bankruptcy Department**
**P.O. Box 619094**
**Dallas, TX 75261-9741**

☒ Monthly cure payment:      **Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC**
**Attn: Bankruptcy Department**
**P.O. Box 619094**
**Dallas, TX 75261-9741**

4. In the event of Default:

☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification

3

specifying the Debtor's failure to comply with this Order.  At the time the Certification is filed
with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor,
and the Debtor's attorney.

☒  In the event that this case is dismissed, discharged or converted to a different chapter under
the Bankruptcy Code, the terms and conditions of this Agreed Order are null and void.

5.  Award of Attorneys' Fees:

    ☒ The Applicant is awarded attorneys' fees of $675.00, and costs of $199.00.

    The fees and costs are payable:

        ☒ through the Chapter 13 plan.

        ☐ to the Secured Creditor within _____ days.

    ☐ Attorneys' fees are not awarded.

_____
Steven J Sico, Esquire
Counsel for Debtor

*Steven P. Kelly*
_____
Steven Kelly, Esquire
STERN & EISENBERG, PC
Attorney for Movant

_____
Milene S Palhais

_____
Joel R Dos Santos Palhais

Rev.8/1/15

United States Bankruptcy Court

District of New Jersey

In re:                                                              Case No. 25-17731-CMG

Milene S Palhais                                                    Chapter 13

Joel R Dos Santos Palhais

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 10, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2026:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Milene S Palhais, Joel R Dos Santos Palhais, 6 Woodsend Drive, Matawan, NJ 07747-3527

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2026 at the address(es) listed below:**

**Name**     **Email Address**

Albert Russo

     docs@russotrustee.com

Gavin Stewart

     on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bk@stewartlegalgroup.com

Joshua I. Goldman

     on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Indenture trustee for CWHEQ Revolving Home Equity Loan Trust  Series 2007-B josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com

Matthew K. Fissel

     on behalf of Creditor U.S. Bank National Association  as Trustee for MASTR ADJUSTABLE RATE MORTGAGE S TRUST 2007-3 MORTGAGE PASS- THRO UGH CERTIFICATES, SERIES 2007-3 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Steven Eisenberg

     on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR MASTR ADJUSTABLE RATE

District/off: 0312-3          User: admin          Page 2 of 2

Date Rcvd: Apr 10, 2026          Form ID: pdf903          Total Noticed: 1

MORTGAGES TRUST 2007-3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-3 bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven J Sico

on behalf of Joint Debtor Joel R Dos Santos Palhais Steve@sico.law stevensico@gmail.com;ecf@casedriver.com;signilmel@gmail.com;3295273420@filings.docketbird.com;sico.stevenr98032@notify.bestcase.com

Steven J Sico

on behalf of Debtor Milene S Palhais Steve@sico.law stevensico@gmail.com;ecf@casedriver.com;signilmel@gmail.com;3295273420@filings.docketbird.com;sico.stevenr98032@notify.bestcase.com

Steven P. Kelly

on behalf of Creditor U.S. Bank National Association  as Trustee for MASTR ADJUSTABLE RATE MORTGAGE S TRUST 2007-3 MORTGAGE PASS- THRO UGH CERTIFICATES, SERIES 2007-3 skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9